■ In the Matter of the Claim of GUILLERMO GONZALEZ, Respondent, v GENERAL MOTORS ASSEMBLY DIVISION, Appellant. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed September 17, 1979, which affirmed an award to claimant for a causally related 100% loss of vision in his left eye. The board found "on the basis of the probative medical evidence, that as a result of the accidental injury sustained on February 11, 1976, and its sequalae [claimant] has a 100% loss of vision of the left eye." There is substantial evidence in the record which supports this determination of the board. Decision affirmed,

with costs to the Workers' Compensation Board against the employer. Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.